IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

TRACEY B. WILLIAMS                                                    PLAINTIFF

v.                              Case No. 6:17-cv-06112

CORPORAL BLANKENSHIP, *et al.*                                      DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed June 18, 2018, by the Honorable

Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No.

15). Plaintiff filed objections to the Report and Recommendation. (ECF No. 17). The Court finds

this matter ripe for consideration.

## DISCUSSION

In the instant Report and Recommendation, Judge Bryant recommends that the following

claims be dismissed without prejudice pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i)-(iii) and

1915A(a): (1) all official capacity claims; (2) individual capacity claims against Defendants Faust,

Outlaw, Golden, King, Swift, and Waddle regarding a "bogus" disciplinary charge; (3) individual

capacity claims against Defendants Swift, Purifoy, King, Hanie, Cooks, Weehunt, Faust, and

Outlaw for "failure to counteract the lies" of Defendant Blankenship; and (4) individual capacity

claims against Defendants Waddle, Golden, King, Faust, Outlaw, Cooks, Weehunt, Swift, Purifoy,

and Hanie regarding "Plaintiff's period of fasting." In regard to Plaintiff's official capacity claims,

Judge Bryant found that Plaintiff's claims are actually claims against the State of Arkansas because

Defendants are all employees of the Arkansas Department of Correction ("ADC"). However,

Judge Bryant found that the State of Arkansas is protected by Eleventh Amendment immunity.

Furthermore, Judge Bryant found that even if the State of Arkansas was not immune, Plaintiff failed to allege that a custom or policy of the ADC caused the alleged constitutional violations. Therefore, he failed to state any official capacity claims. As for Plaintiff's individual capacity claims against Defendants Faust, Outlaw, Golden, King, Swift, and Waddle for allegedly allowing an unfounded disciplinary charge, Judge Bryant found that that these claims were barred by the *Heck* doctrine. Turning to Plaintiff's individual capacity claims based on allegations that Defendants Swift, Purifoy, King, Hanie, Cooks, Weehunt, Faust, and Outlaw failed to "act against lies of" Defendant Blankenship, Judge Bryant found that such allegations do not state a constitutional claim. Finally, in regard to Plaintiff's individual capacity claims against Defendants Gage, Bean, Maxwell, Waddle, Golden, King, Faust, Outlaw, Cooks, Weehunt, Swift, Purifoy, and Hanie related to Plaintiff's allegation that he was caused to fast because he was afraid to eat, Judge Bryant found that Plaintiff failed to affirmatively link the conduct of Defendants Waddle, Golden, King, Faust, Outlaw, Cooks, Weehunt, Swift, Purifoy, and Hanie to the alleged deprivation.

Judge Bryant further recommends that the following claims remain for further adjudication: (1) individual capacity claims against Defendants Maxwell, Gage, and Bean for denial of Plaintiff's prescribed blanket and warm clothing while in isolation; (2) individual capacity claims against Defendant Blankenship for racially motivated denial of insulin; and (3) individual capacity claims against Defendants Blankenship, Maxwell, Bean, and Gage for alleged threats to adulterate Plaintiff's food and cause him physical harm.

On July 5, 2018, Plaintiff filed timely objections. However, upon review of Plaintiff's objections, the Court notes that he does not specifically object to Judge Bryant's above-discussed

findings or otherwise explain why those findings are incorrect.[1] Accordingly, the Court finds that Plaintiffs objections should be overruled.

## CONCLUSION

For the foregoing reasons, the Court finds that Plaintiff's objections should be **OVERRULED** and that the instant Report and Recommendation (ECF No. 15) should be and hereby is **ADOPTED** *in toto*. Accordingly, the following claims are hereby **DISMISSED WITHOUT PREJUDICE**: (1) all official capacity claims; (2) individual capacity claims against Defendants Faust, Outlaw, Golden, King, Swift, and Waddle regarding a "bogus" disciplinary charge; (3) individual capacity claims against Defendants Swift, Purifoy, King, Hanie, Cooks, Weehunt, Faust, and Outlaw for "failure to counteract the lies" of Defendant Blankenship; and (4) individual capacity claims against Defendants Waddle, Golden, King, Faust, Outlaw, Cooks, Weehunt, Swift, Purifoy, and Hanie regarding "Plaintiff's period of fasting." All other claims remain for further adjudication.

**IT IS SO ORDERED**, this 25th day of October, 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge

---

[1] Plaintiff's objections consist of various factual allegations related to the allegations in his pleadings.