IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

TRACEY B. WILLIAMS                                                                                    PLAINTIFF

v.                                          Civil No.: 6:17-CV-06112

CORPORAL BLANKENSHIP, CORPORAL                                                            DEFENDANTS
BEAN, and LIEUTENANT MAXWELL

### MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This is a civil rights action provisionally filed pursuant to 42 U.S.C. § 1983. Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3)(2011), the Honorable Susan O. Hickey, United States District Judge, referred this case to the undersigned for the purpose of making a Report and Recommendation.

Currently before the Court is the issue of service related to Defendant Bean. After careful consideration, I make the following Report and Recommendation.

Service for Defendant Bean was returned unexecuted on December 10, 2018, after service was attempted at two addresses. (ECF No. 26). On December 11, 2018, the Court entered an Order directing Plaintiff to provide service information for Defendant Bean by January 2, 2019. (ECF No. 27). In the Order, Plaintiff was advised that if he failed to provide the service information by the deadline, Defendant Bean would be dismissed as a party from the case. (*Id*.). Plaintiff responded on January 22, 2019, stating he was not able to provide the service information.

It is Plaintiff's responsibility to provide the Court with an address for proper service on Defendants. *See Lee v. Armontrout*, 991 F.2d 487, 489 (8th Cir. 1993). Plaintiff was given the opportunity to provide service information for Defendant Bean and has stated that he is not able to do so.

1

For the foregoing reasons, I recommend Defendant Bean be **DISMISSED** from this action without prejudice and that Plaintiff be advised that he may file a separate action against this Defendant if he is able to obtain an accurate service address for him in the future.

**The parties have fourteen days from receipt of the Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 11th day of February 2019.

/s/ *Barry A. Bryant*
_____
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE