IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

TRACEY B. WILLIAMS                                                    PLAINTIFF

v.                        Case No. 6:17-cv-06112

CORPORAL BLANKENSHIP, CORPORAL
BEAN, and LIEUTENANT MAXWELL                                          DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed February 11, 2019, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 30). Judge Bryant recommends that Defendant Bean be dismissed from this lawsuit.

Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 30) *in toto*. Accordingly, the Court finds that Defendant Bean should be and hereby is **DISMISSED WITHOUT PREJUDICE** from this lawsuit.

**IT IS SO ORDERED**, this 7th day of March, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge