IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

TRACEY B. WILLIAMS     PLAINTIFF

v.     Civil No. 6:17-cv-6112

CORPORAL BLANKENSHIP;
CORPORAL GAGE; CORPORAL
BEAN; AND LIEUTENANT
MAXWELL     DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed January 6, 2020, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 55. Judge Bryant recommends that Defendants' Motion for Summary Judgment (ECF No. 41) be granted and Plaintiff's Complaint be dismissed without prejudice. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, Defendants' Motion for Summary Judgement (ECF No. 41) is **GRANTED**, and Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 27th day of January, 2020.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge